Eugene P. Ramirez, State Bar No. 134865
Andrea M. Travis, State Bar No. 207838
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: epr@mmker.com/amt@mmker.com

JS-6

Attorneys for Defendants
GARY PENROD, COUNTY OF SAN BERNARDINO and COUNTY OF SAN BERNARDINO SHERIFF'S SERGEANT B. CHAMBERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND S.G. PRYKE,<br><br>          Plaintiff,<br><br>vs.<br><br>GARY PENROD, COUNTY OF SAN BERNARDINO, and COUNTY OF SAN BERNARDINO SHERIFF'S SERGEANT B. CHAMBERS, and Does 1 through 20, Inclusive,<br><br>          Defendants. | Case No. EDCV-09-02155 PA (FFMx)<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANTS GARY PENROD, COUNTY OF SAN BERNARDINO AND COUNTY OF SAN BERNARDINO SHERIFF'S SERGEANT B. CHAMBERS**<br><br>[Stipulation Filed Concurrently Herewith] |

ORDER

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1), as to Defendants Gary Penrod, County of San Bernardino and County of San Bernardino Sheriff's Sergeant B. Chambers.

Dated: February 25, 2010

_____
Honorable Percy Anderson
United States District Court Judge

C:\Temp\notesE1EF34\Order re Dismissal.wpd